```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Frederick Addison, *et al.*,

                  Plaintiffs,

     -v-

George H. Gordon, *et al.*,

                  Defendants.

-------------------------------------------------------------------X

20-cv-7603 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

    On December 10, 2020, the parties notified the Court that they consented to conduct all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). Dkt. No. 11. In accordance with this, the parties are hereby ordered fill out Form AO 85, available at https://www.uscourts.gov/sites/default/files/ao085.pdf, and return it to the Court for endorsement.

SO ORDERED.

Dated: December 15, 2020
       New York, New York

                                               ALISON J. NATHAN
                                          United States District Judge