UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick Addison and Winston Addison,

                      Plaintiffs,

-against-

George H. Gordon et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020

1:20-cv-07603 (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

        The parties are directed to appear for a telephone conference on Wednesday, January 27, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
               December 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge