UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick Addison and Winston Addison,

        Plaintiffs,

-against-

George H. Gordon et al.,

        Defendants.

1:20-cv-07603 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than May 17, 2021, Plaintiffs' counsel shall file a notice of appearance on the docket.

2. The deadline for the completion of expert discovery is extended until June 15, 2021. Any expert discovery not taken by that date shall be deemed waived.

3. The parties are directed to appear for a telephone conference on Wednesday, June 30, 2021, at 11:00 a.m. The parties shall be prepared to discuss whether they would like to be referred to mediation and a proposed summary judgment briefing schedule. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

4. No later than Wednesday, May 12, 2021, Defendants' counsel shall serve a copy of this Order on Plaintiffs via email.

**SO ORDERED.**

DATED:  New York, New York
        May 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge