```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick Addison and Winston Addison,

                     Plaintiffs,

-against-

George H. Gordon et al.,

                     Defendants.

1:20-cv-07603 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The deadline for the completion of expert discovery was yesterday, September 30, 2021. (*See* 6/30/2021 Order, ECF No. 31.) Accordingly, it is hereby Ordered that, no later than Friday, October 8, 2021, the parties shall file a joint letter regarding proposed next steps in this action, including whether any party intends to file a dispositive motion and, if so, setting forth a proposed briefing schedule.

**SO ORDERED.**

DATED:     New York, New York
               October 1, 2021

_____
STEWART D. AARON
United States Magistrate Judge